CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 5 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| SHERRY K. LOUGH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:06CV00078 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Samuel G. Wilson |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered, granting judgment to the defendant, and denying plaintiff's motion for summary judgment. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that judgment is **GRANTED** to the defendant, plaintiff's motion for summary judgment is **DENIED**, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This June 5, 2007.

_____
UNITED STATES DISTRICT JUDGE